# <u>ATTACHMENT A</u>

| Title of Investigation:<br>MARTINEZ, Omar - CGIC Multiple Sale Referral | Investigation Number:<br>785115-21-0108 | Report Number:<br>22 |
|---|---|---|

## SUMMARY OF EVENT:

ADDITIONAL FIREARM PURCHASES BY OMAR MARTINEZ: Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) Special Agent (SA) Villarruel received information regarding multiple firearm purchases made by Omar MARTINEZ.

## NARRATIVE:

1. On August 11, 2022, SA Villarruel was contacted by ATF Senior Industry Operations Investigator (SIOI) Spillman. SIOI Spillman notified SA Villarruel he had been contacted by FFL Liberty Arms who wanted to report information related to a suspicious purchaser of firearms. SIOI Spillman stated the purchaser of the firearms was identified as Omar MARTINEZ. SIOI Spillman provided SA Villarruel the ATF Form 4473s (Firearm Transaction Records) corresponding transactions made by Omar MARTINEZ at FFL Liberty Arms.

2. The following are the firearms purchased by Omar MARTINEZ and the dates in which they were purchased:

| Date | Manufacturer | Model | Serial Number | Type | Caliber |
|---|---|---|---|---|---|
| 01/14/2022 | Pioneer | Hellpup | PAC1166220 | Pistol | 7.62X39 |
| 01/16/2022 | Smith & Wesson | SD9 | FDU4527 | Pistol | 9mm |
| 02/19/2022 | Pioneer | AK-47 Sporter | PAC1165584 | Rifle | 7.62X39 |
| 02/19/2022 | Pioneer | Hellpup | PAC1166311 | Pistol | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169303 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169285 | Rifle | 7.62X39 |

| Prepared by:<br>Christian R. Villarruel | Title:<br>Special Agent, Phoenix VII Field Office | Signature: | Date:<br>8-22-22 |
|---|---|---|---|
| Authorized by:<br>Kevin P. Funke | Title:<br>Group Supervisor, Phoenix VII Field Office | Signature: | Date:<br>8/22-22 |
| Second level reviewer (optional):<br>Brendan D. Iber | Title:<br>Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

| | | | | | |
|---|---|---|---|---|---|
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169599 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169375 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169539 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169471 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169416 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169570 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169244 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169418 | Rifle | 7.62X39 |
| 02/25/2022 | Pioneer | AK-47 Sporter | PAC1169411 | Rifle | 7.62X39 |
| 03/03/2022 | Pioneer | AK-47 Sporter | PAC1169258 | Rifle | 7.62X39 |
| 03/03/2022 | Pioneer | AK-47 Sporter | PAC1169259 | Rifle | 7.62X39 |
| 03/03/2022 | Pioneer | AK-47 Sporter | PAC1169409 | Rifle | 7.62X39 |
| 03/03/2022 | Pioneer | AK-47 Sporter | PAC1169507 | Rifle | 7.62X39 |
| 03/03/2022 | Glock | 19X | BWGX948 | Pistol | 9mm |
| 03/11/2022 | Pioneer | AK-47 Sporter | PAC1169575 | Rifle | 7.62X39 |
| 03/11/2022 | Pioneer | AK-47 Sporter | PAC1169350 | Rifle | 7.62X39 |
| 03/11/2022 | Pioneer | AK-47 Sporter | PAC1169512 | Rifle | 7.62X39 |
| 03/11/2022 | Pioneer | AK-47 Sporter | PAC1169287 | Rifle | 7.62X39 |
| 03/11/2022 | Pioneer | AK-47 Sporter | PAC1169577 | Rifle | 7.62X39 |
| 03/11/2022 | Pioneer | AK-47 Sporter | PAC1169532 | Rifle | 7.62X39 |
| 03/18/2022 | Pioneer | AK47 | PAC1167501 | Rifle | 7.62x39 |
| 03/18/2022 | Pioneer | AK47 | PAC1167491 | Rifle | 7.62x39 |

| 03/18/2022 | Pioneer | AK47 | PAC1167482 | Rifle | 7.62x39 |
|---|---|---|---|---|---|
| 03/18/2022 | Pioneer | AK47 | PAC1167436 | Rifle | 7.62x39 |
| 03/18/2022 | Pioneer | AK47 | PAC1167554 | Rifle | 7.62x39 |
| 03/18/2022 | Pioneer | AK47 | PAC1167563 | Rifle | 7.62x39 |
| 03/18/2022 | Pioneer | AK47 | PAC1167529 | Rifle | 7.62x39 |
| 03/18/2022 | Pioneer | AK47 | PAC1167735 | Rifle | 7.62x39 |
| 03/22/2022 | Glock | 19X | BWGZ905 | Pistol | 9mm |

3. For all of the transactions, SA Villarruel noted Omar MARTINEZ identified his current state of residence and address as 121 W Harding Ave, Coolidge, AZ 85128. Omar MARTINEZ also answered "yes" to question 21a on the form and signed his name certifying the ATF Form 4473 in block 22.

4. SA Villarruel knows Omar MARTINEZ does not reside at the address he (Omar MARTINEZ) used on the ATF Form 4473 as SA Villarruel previously attempted to contact Omar MARTINEZ at the address on two separate occasions (See ATF ROI#2, ROI#3) and was notified Omar MARTINEZ did not reside there.

5. In addition, SA Villarruel knows through training and experience as a SA with ATF, as well as conversations with experienced senior ATF SAs, repeatedly purchasing the same make, model, and caliber firearm to be an indicator of straw purchasing and or firearms trafficking.

6. The investigation is ongoing.

## ATTACHMENTS:

- ATF Form 4473 from Liberty Arms 01/14/2022
- ATF Form 4473 from Liberty Arms 01/16/2022
- ATF Form 4473 from Liberty Arms 02/19/2022
- ATF Form 4473 from Liberty Arms 02/25/2022
- ATF Form 4473 from Liberty Arms 03/03/2022
- ATF Form 4473 from Liberty Arms 03/11/2022
- ATF Form 4473 from Liberty Arms 03/18/2022
- ATF Form 4473 from Liberty Arms 03/22/2022